IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA

Alexandria Division

| | |
|---|---|
| WILLIAM DORES, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>ONE MAIN FINANCIAL, )<br>)<br>Defendant. )<br>) | Civil No. 1:15-cv-1609-LO-MSN |

## JUDGMENT ORDER

On June 1, 2016, a magistrate judge issued a Report and Recommendation (the "Report"), in which he recommended that default judgment be entered in favor of plaintiff William Dores against defendant One Main Financial in the amount of $57,000, representing statutory damages in the amount of $500 per telephone call for each of the 114 calls at issue in this case. The parties were advised that any objections to the Report had to be filed within fourteen (14) days of service of the Report and that a failure to file timely objections waived appellate review of the substance of the Report and any judgment based on the Report. No objections have been filed.

Having fully reviewed the record and the Report, the Court finds that the Report accurately states the relevant facts and law. Accordingly, the Court adopts the findings and conclusions of the Report and for the reasons stated therein, the plaintiff's Motion for Judgment by Default (Dkt. No. 7) is **GRANTED**.

The Clerk is directed to enter judgment in the plaintiff's favor pursuant to Rule 58, Fed. R. Civ. P, and forward copies of this Judgment Order to counsel of record for plaintiff and to the defendant at the address listed in the case file.

**SO ORDERED.**

June 21, 2016
Alexandria, Virginia

/s/
Liam O'Grady
United States District Judge